IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA ROEDER, : | |
| INDIVIDUALLY AND AS ADMINISTRATRIX : | |
| OF THE ESTATE OF : | |
| MICHAEL ALAN ROEDER, DECEASED, : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:22-cv-01796-JMG |
| : | |
| KIMBERLY ANN POLOVITCH : | |
| formerly known as | |
| KIMBERLY ANN TERRY, *et al.*, : | |
| Defendants. : | |

**ORDER**

**AND NOW,** this 19th day of July, 2022, upon consideration of Plaintiff's motion to remand (ECF No. 11) and Defendants' response thereto, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** as follows:

1. This case is **REMANDED** to the Court of Commons Pleas of Philadelphia County, Pennsylvania.

2. The Clerk of Courts **SHALL** immediately return this case to the Court of Common Pleas of Philadelphia County, Pennsylvania. (Docket No. 220300295).

3. The above-captioned case is **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Judge